```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| KARLESTER YOUNG | : | CIVIL ACTION |
| v. | : | |
| KIP HALLMAN, et al. | : | NO. 23-268 |

ORDER

AND NOW, this 29th day of January 2024, for the reasons set forth in the foregoing memorandum, it is hereby ORDERED that:

(1) The motion to dismiss, dated May 9, 2023, of defendants Pennsylvania Department of Corrections, Britnay Huner, George Little, Keri Moor, Paul Noel, S. O'Neill, Monique Savage, Jamie Sorber, D. Varner, and John Wetzel (Doc. # 20) is GRANTED.

(2) The motion to dismiss, dated September 27, 2023, of defendant Corina Campos (Doc. # 47) is GRANTED.

(3) The motion to dismiss, dated September 27, 2023, of defendants Jorge Dominics, Kip Hallman, Anthony Litizio, Thomas Pandurn (Doc. # 49) is GRANTED.

(4) The motion to dismiss, dated September 29, 2023, of Corina Campos (Doc. # 54) is GRANTED.

(5)  The motion to dismiss, dated October 11, 2023, of defendants Wellpath Holdings LLC, Jeanne De'Frangesco, Stephan Kaminski, and Vanessa Amoah Oti-Akenten (Doc. # 59), is GRANTED.

(6)  The Clerk of the Court is directed to CLOSE this case.

> BY THE COURT:
>
> /s/  Harvey Bartle III
>                               J.